No. 97–8852. ORTIZ *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 97–8859. BEVERLY *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 97–8865. HOOPER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 97–8868. FLORES *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 97–8873. HUNTER *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 97–8874. DREHER *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied. 
.

No. 97–8883. KEREKES *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied. 
.

No. 97–8904. TROBAUGH *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. 

No. 97–8915. PAYNE *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. 

No. 97–8920. WILKERSON *v.* TUTT ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8923. MINER *v.* MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied. 

No. 97–8932. BARBIR *v.* WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–8935. BUCK *v.* BOEING CO. C. A. 9th Cir. Certiorari denied. 

No. 97–8936. BYRD *v.* GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–8943. HAROLD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.